IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | HON. JEROME B. SIMANDLE |
| IN THE MATTER OF STERGIOS AND RENEE MESSINA, | CIVIL NO. 07-1677(JBS) |
| Debtors. | ON APPEAL FROM AN ORDER OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| STERGIOS T. AND RENEE A. MESSINA, | [Case No. 06-14240/GMB] |
| Debtors-Appellants, | |
| v. | **ORDER** |
| STEVEN R. NEUNER, | |
| Trustee-Appellee. | |

THIS MATTER having come before the Court upon appeal by Debtors-Appellants Stergios T. and Renee A. Messina from an Order entered by the Bankruptcy Court on March 6, 2007, which held that the value of their exemption in the former residence is zero [Docket Item 1]; and for the reasons discussed in the Opinion of today's date; and for good cause shown;

IT IS on this **17th** day of **December, 2007,** hereby

ORDERED that the March 6, 2007 Order of the Bankruptcy Court be, and hereby is **VACATED** and remanded to the Bankruptcy Court for further proceedings consistent herewith.

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge